Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff
Teresa Ayala

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **TERESA AYALA**, | Case No.:  2:18-cv-00595-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK** |
| **SYNCHRONY BANK**, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Teresa Ayala and defendant Synchrony Bank that Synchrony Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | | |
|---|---|---|
| DATED: July 24, 2018 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot W. Gale, Esq. |
| | | Attorney for Plaintiff Teresa Ayala |

| | | |
|---|---|---|
| DATED: July 24, 2018 | | **Reed Smith, LLP** |
| | By: | */s/ Raffi Kassabian* |
| | | Raffi Kassabian |
| | | Attorney for Defendant Synchrony Bank |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Raffi Kassabian has concurred in this filing.

*/s/ Elliot Gale*