Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff
Teresa Ayala

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **TERESA AYALA**, | Case No.: 2:18-cv-00595-JAM-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **SYNCHRONY BANK**, | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 24, 2018          /s/ John A. Mendez
                                                              Hon. John A. Mendez
                                                              U.S. DISTRICT COURT JUDGE